# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :  No. 79 MAL 2015

                Respondent

  : Petition for Allowance of Appeal from the
  : Order of the Superior Court

        v.

SHAWN PAUL DIGNAZIO,

              Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.